DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDREA SWORDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3493

_____

February 16, 2024

Appeal from the Circuit Court for Pinellas County; Michael Andrews,
Judge.

Jeremy Mclymont of Asilia Law Firm, P.A., Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Krystle Celine Cacci,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and, BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.